UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

    V.                                         MAG. NO.     13-5003 (TJB)
                                        :

DORSEY L. MACK
                                        :         O R D E R


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __4TH__ day of __JANUARY__, 2013,

ORDERED that _____BRIAN REILLY_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

_____
Tonianne J. Bongiovanni
U.S. Magistrate Judge

RECEIVED
JAN 4 - 2013
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE